# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| EVELYN QUINN, | : Case No. 3:20-cv-00057 |
| Plaintiff, | : |
| | : District Judge Douglas R. Cole |
| vs. | : Magistrate Judge Sharon L. Ovington |
| WRIGHT STATE UNIVERSITY, et al., | : |
| Defendants. | : |

## ORDER U.S. MARSHAL TO SERVE DEFENDANTS WITH PROCESS

The Court previously granted Plaintiff's application to proceed *in forma pauperis*. This case is before the Court for initial review of Plaintiff's *pro se* Complaint pursuant to 28 U.S.C. § 1915(e).

Pursuant to § 1915(e)(2)(B), the Court may dismiss a Complaint upon finding (1) it advances frivolous or malicious claims; (2) it fails to state a claim upon which relief may be granted; or (3) it seeks monetary relief from a defendant who is immune from such relief. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989). Having conducted this initial review, the Court finds that dismissal under § 1915(e) is not warranted at this stage of the litigation.

The U.S. Marshal is **ORDERED** to serve Defendants with process.

**IT IS SO ORDERED.**

February 26, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge