**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| EVELYN QUINN, | : | Case No. 3:20-cv-57 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| WRIGHT STATE UNIVERSITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants filed a Motion to Dismiss on March 16, 2020. (Doc. #7). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **April 9, 2020**. If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

March 17, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge