# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EVELYN QUINN, | : | Case No. 3:20-cv-57 |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| WRIGHT STATE UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion for Extension of Time (Doc. #12) is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss (Doc. #7) is due June 1, 2020. Absent extraordinary circumstances, no further extension will be given.

IT IS SO ORDERED.

April 24, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge