## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**EVELYN QUINN,**

       **Plaintiff,**

       **v.**

**WRIGHT STATE UNIVERSITY,**
*et al.,*

       **Defendants.**

**Case No. 3:20-cv-57**
**JUDGE DOUGLAS R. COLE**
**Magistrate Judge Ovington**

## <u>ORDER</u>

This cause comes before the Court on the Magistrate Judge's June 25, 2020, Report and Recommendation ("R. & R.") (Doc. 14). The Magistrate Judge recommends that the Court **GRANT** the Defendants' Motion to Dismiss (Doc. 7) and **ORDER** the Clerk to terminate the case. The R. & R. advised both parties that a failure to object within the 14 days specified by the R. & R. may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 14, #101). *See also Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019) (noting "*fail[ure] to file* an objection to the magistrate judge's R & R … is forfeiture, not waiver") (emphasis in original); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has passed and none have been filed.

Therefore, the Court **ADOPTS** the Report and Recommendation, **GRANTS** the Defendants' Motion to Dismiss (Doc. 7), and **ORDERS** the Clerk to terminate the case.

      **SO ORDERED.**

July 29, 2020
**DATE**
                               **DOUGLAS R. COLE**
                               **UNITED STATES DISTRICT JUDGE**